In the Matter of the JOINT LEGISLATIVE COMMITTEE TO INVESTIGATE THE EDUCATIONAL SYSTEM OF THE CITY OF NEW YORK, Respondent. In the Matter of the Application to Punish CHARLES J. HENDLEY, President of THE TEACHERS UNION OF THE CITY OF NEW YORK, for Contempt. CHARLES J. HENDLEY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of EDWARD L. BOCK for an Order under Article 78, Civil Practice Act, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

RAYMOND FOGELMAN and Others v. THE HOME INSURANCE COMPANY, NEW YORK.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of MOLKA WINES COMPANY, INC., against HENRY E. BRUCKMAN, Chairman, and Others, Constituting the State Liquor Authority of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEXTMAR CORPORATION v. WILLIAM STANLEY MILLER and Others, etc. 1934, 1935, 1936, 1937, 1938–9 Taxes. Block 1121, Lots 36 and 39. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 168 CORPORATION v. JAMES J. SEXTON and Others, etc. 1933 Taxes. Block 1121, Lot 29. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 168 CORPORATION v. WILLIAM STANLEY MILLER and Others, etc. 1934, 1935, 1936, 1937, 1938–9 Taxes. Block 1121, Lots 27, 28, 29.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

HELEN MILLER v. CONNECTICUT GENERAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

NATIONAL SURETY CORPORATION v. TITAN CONSTRUCTION CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HENRY C. CITRON and HELEN ASHMAN v. WILLIAM E. NULTY and BEATRICE E. NULTY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORTIMER L. SCHWARZ v. THE MAYER-NOCK Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.